No. 82–1084.  ASSOCIATION OF CO-OPERATIVE MEMBERS, INC., ET AL. *v.* FARMLAND INDUSTRIES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 82–1129.  NEW ORLEANS STEAMSHIP ASSN. *v.* WILLIAMS ET AL.; and

No. 82–1134.  INTERNATIONAL LONGSHOREMEN'S ASSN. ET AL. *v.* WILLIAMS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82–1163.  S.E.A. TOWING CO., INC. *v.* GREAT ATLANTIC INSURANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 82–1164.  DOTSON ET AL. *v.* MOUNTAIN MISSION SCHOOL, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–1174.  INTERSTATE MARINA DEVELOPMENT CO. *v.* WRIGHT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–1181.  JAMES *v.* DISTRICT OF COLUMBIA COURT OF APPEALS.  Ct. App. D. C.  Certiorari denied.

No. 82–1190.  STILLWATER CONDOMINIUM ASSN. *v.* AMERICAN HOME ASSURANCE CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–1193.  MARASHI *v.* FORBES FURNITURE CO. ET AL.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 82–1202.  STEERE TANK LINES, INC. *v.* INTERSTATE COMMERCE COMMISSION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82–1204.  WER-COY FABRICATION CO., INC. *v.* SHEET METAL WORKERS INTERNATIONAL ASSN., LOCAL UNION No. 292, AFL–CIO.  C. A. 6th Cir.  Certiorari denied.